FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Matews <br><br> Defendant. | Case No.: CR 08-0570-CAS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___P. O-pet/ing PSR Rpt___

1
2
3
4 and/or

5 B.   ( )   The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _____
10 _____
11 _____
12 _____
13

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16
17 Dated: __1/10/14__
18
19                                        _____/s/_____
20                                        UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28