O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR08-570-CAS |
|         Plaintiff, ) | |
|   v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| DEWAYNE MATHEWS, ) | |
|         Defendant. ) | |
| _____ ) | |

On February 6, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 1, 2013. Government counsel, Mack Jenkins, the defendant and his appointed DFPD attorney, Callie Glanton-Steele, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on August 1, 2013. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 22, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked and reinstated, under the same terms and conditions previously imposed, with the added condition, as follows:

///

///

- Upon release from imprisonment, the defendant shall reside at a residential re-entry center (RRC), under the pre-release component, for a period not to exceed six (6) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer.

Defendant is ordered released forthwith, Release No. 13260.

FILE/DATED:   February 6, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2