O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>      Plaintiff, ) <br>   v. ) <br> DEWAYNE MATHEWS, ) <br>      Defendant. ) <br> _____ ) | CASE NO. CR08-570-CAS <br><br> FINAL REVOCATION OF <br> SUPERVISED RELEASE AND <br> JUDGMENT |

On August 20, 2014 and September 15, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 5, 2014. Government counsel, Mack Jenkins, the defendant and his appointed DFPD attorney, Callie Glanton-Steele, were present.  The U.S. Probation Officer, Gregory Metoyer, was also present.

The defendant admitted allegation nos. 1 and 2, in violation of his supervised release, and denied allegation  nos. 3 and 4, as stated in the Petition filed on August 5, 2014.  The Government dismisses allegation nos. 3 and 4 of the Petition filed on August 5, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 22, 2009 and February 6, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked.  Defendant is hereby committed to the custody of the Bureau

1   of Prisons for a term of five (5) months.  Upon release from imprisonment, defendant shall

2   be placed on supervised release for twenty-four (24) months, under the same terms and

3   conditions previously imposed, with the added condition, as follows:

4   •       Upon release from imprisonment, the defendant shall reside at a residential re-entry

5           center (RRC), under the pre-release component, for a period not to exceed six (6)

6           months, and shall comply with all rules and regulations of the RRC, until discharged

7           by the program director, with the approval of the Probation Officer.

8

9   FILE/DATED:       September 19, 2014

    _____

10  CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

11
    TERRY NAFISI, CLERK

12

13
    By: ___/S/_____

14      Catherine M. Jeang,  Deputy Clerk

2